## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CHARLES GALAN,

       Plaintiff,

v.                                    CASE NO: 1:14-cv-23440-KMW
                                       **JURY TRIAL DEMANDED**

SYNCHRONY BANK,
Formerly GE CAPITAL RETAIL BANK,
ALLIED INTERSTATE LLC,
NCO FINANCIAL SYSTEMS, INC.,

       Defendants.

_____/

### SECOND AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

    Pursuant to Federal Rule of Civil Procedure 15 and this Court's Order [DE 35], CHARLES GALAN ("Mr. Galan") files this amended complaint against SYNCHRONY BANK formerly known as GE Capital Retail Bank (collectively, "SYNCHRONY"), ALLIED INTERSTATE LLC ("ALLIED"), and NCO FINANCIAL SYSTEMS, INC. ("NCO") (collectively, "Defendants") and in support alleges:

### NATURE OF ACTION

    1.    This is an action for injunctive relief, damages, costs, interest and attorney's fees brought by Plaintiff, Charles Galan, an individual consumer, for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 et seq. ("FCCPA") by Defendants, and violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq. by Allied and NCO. Fundamentally, this case is about DEFENDANTS's refusal to respect Mr. Galan's personal and legal rights in its attempts to collect an alleged debt.

    2.    The need for the second amended complaint arose based on the discovery of

additional calls from SYNCHRONY and other agents it hired to call Plaintiff to collect a debt.

## JURISDICTION AND VENUE

3.      Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367(a), and 47 U.S.C. § 227(b)(3). *See Mims v. Arrow Fin. Serv., LLC*, 132 S.Ct. 740, 753 (2012) (federal district courts have federal question jurisdiction over TCPA claims).

## THE PARTIES

4.      Plaintiff, Charles Galan, is a natural person residing in Florida.

5.      Defendant, SYNCHRONY, is a federally chartered savings bank with a home office located at 170 West Election Road, Suite 125, Draper, Utah 84020.

6.      Defendant, ALLIED, is a corporate entity that conducts business in Florida and it may be served via its registered agent in Florida at CT Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324.

7.      Defendant, ALLIED, is a third-party hired by SYNCHRONY.

8.      ALLIED was acting as SYNCHRONY's agent in attempt to collect a debt from Plaintiff.

9.      Defendant, NCO, is a corporate entity that conducts business in Florida and it may be served via its registered agent in Florida at CT Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324.

10.     Defendant, NCO, is a third-party hired by SYNCHRONY.

11.     NCO was acting as SYNCHRONY's agent in attempt to collect a debt from Plaintiff.

12.     Plaintiff had two alleged debts to SYNCHRONY arising out of personal, family, or household purposes.

13.     Plaintiff is the regular user and carrier of the cellular telephone 786-970-6775 and was the called party and recipient of the Defendants calls.

14.     Plaintiff is the "called party." *See Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 643 (7th Cir. 2012).

15.     Plaintiff is a "consumer" as defined in Florida Statute Section 559.55(2).

16.     Defendants are corporate entities responsible for attempting to collect a debt from Plaintiff and transact business in the State of Florida.

17.     Plaintiff hired Davis Law Firm to represent him with regard to all debts and claims that his creditors may have had against him, and to seek relief from the overwhelming volume of debt collection calls and letters that Plaintiff was receiving.

## BACKGROUND

18.     Beginning in early 2014, Plaintiff began to receive multiple telephone calls from Defendendants to Plaintiff's cellular phone (786-970-6775) in an attempt to collect an alleged debt.

19.     The debts that are the subject matter of this complaint are "consumer debts" as defined by Florida Statute Section 559.55(1).

20.     Plaintiff's first account was an Amazon Store Card ending with 0212, which Plaintiff applied for and obtained through SYNCHRONY.

21.     Plaintiff's second account was a Paypal Card ending with 3468, which Plaintiff applied for and obtained through SYNCHRONY.

22.     Defendants called the Plaintiff in attempt to collect debts.

23.     In total, Defendants called Plaintiff at least 338 times between February 20, 2014 and July 9, 2014

24.     Upon speaking with a SYNCHRONY representative, Plaintiff informed SYNCHRONY to "cease and desist all calls."

25.     Plaintiff verbally requested Defendants to stop calling on multiple occasions.

26.     One of those occasions was on May 13, 2014 where Plaintiff verbally told SYNCHRONY to "cease and desist" calling him.

27.     After this verbal revocation, Defendants called Plaintiff an additional 213 times.

28.     Despite the verbal revocation, sometime after May 13, 2014, SYNCHRONY subsequently placed Mr. Galan's accounts with ALLIED and NCO.

29.     The purpose of placing those accounts with ALLIED and NCO was to collect money on behalf of SYNCHRONY.

30.     SYNCHRONY knew or had reason to know that ALLIED and NCO would continue to call Mr. Galan.

31.     In addition, on June 9, 2014, Mr. Galan sent a written "cease and desist" letter to ALLIED who forwarded the letter to SYNCHRONY.

32.     In the June 9, 2014 letter, he revoked consent in writing and asked Defendants to cease and desist calling him.

33.     In a return letter from SYNCHRONY dated July 15, 2014, SYNCHRONY acknowledged receiving this letter.  The SYNCHRONY letter states:

> **We received a written cease and desist request on your PayPal Smart Connect Account on June 9, 2014 and adjusted our system to stop collection calls on that account.  I understand that it was your intention to cease and desist calls on your Amazon.com Store Card account, as well.**

34.     The July 15, 2014 letter from SYNCHRONY is attached as Exhibit "D."

35.     Despite his verbal and written requests for the calls to stop, Defendants continued to call Plaintiff's cellular phone.

36.     Defendants called Plaintiff 143 times **after** receiving the written cease and desist letter on June 9, 2014.

37.     Exhibit "A" displays the times and dates of at least some of the telephone calls made by SYNCHRONY to Mr. Galan's cellular telephone between April 4, 2014 and July 4, 2014.

38.     Exhibit "A" accurately portrays at least some of the calls made by SYNCHRONY to Plaintiff's cell phone.

39.     Exhibit "B" displays the times and dates of at least some of the telephone calls made by ALLIED to Mr. Galan's cellular telephone.

40.     Exhibit "B" accurately portrays at least some of the calls made by ALLIED to Plaintiff's cell phone.

41.     Exhibit "C" displays the times and dates of at least some of the telephone calls made by NCO to Mr. Galan's cellular telephone.

42.     Exhibit "C" accurately portrays at least some of the calls made by NCO to Plaintiff's cell phone.

43.     ALLIED's calls to Plaintiff were at the direction of Synchrony and in an attempt to collect a debt that originated from Synchrony.

44.     NCO's calls to Plaintiff were at the direction of Synchrony and in an attempt to collect a debt that originated from Synchrony.

45.     Defendants attempted to collect a debt from Plaintiff by this campaign of telephone calls.

46.     The telephone calls made to Plaintiff's cellular telephone were negligently, willfully, or knowingly made.

47.     The telephone calls made to Plaintiff's cellular telephone were made using an automatic telephone dialing system.

48.     The telephone calls made by Defendants were made using an artificial or prerecorded voice.

49.     Defendants did not have Plaintiff's consent to call his cellular telephone using automatic telephone dialing equipment.

50.     The telephone calls made to Plaintiff's cellular telephone were not made for emergency purposes.

51.     The phone number 866-771-1104 is a number that does or did belong to SYNCHRONY or its agents and was used to call Plaintiff.

52.     The phone number 866-899-6190 is a number that does or did belong to SYNCHRONY or its agents and was used to call Plaintiff.

53.     The phone number 678-518-3097 is a number that does or did belong to SYNCHRONY or its agents and was used to call Plaintiff.

54.     The phone number 866-549-3728 is a number that does or did belong to ALLIED or its agents and was used to call Plaintiff.

55.     The phone number 866-551-1866 is a number that does or did belong to ALLIED or its agents and was used to call Plaintiff.

56.     The phone number 877-339-2342 is a number that does or did belong to ALLIED or its agents and was used to call Plaintiff.

57.     The phone number 972-217-8339 is a number that does or did belong to NCO or its agents and was used to call Plaintiff.

58.     The phone number 410-881-5532 is a number that does or did belong to NCO or

its agents and was used to call Plaintiff.

59.     The phone number 612-844-0919 is a number that does or did belong to NCO or its agents and was used to call Plaintiff.

60.     The calls were so frequent and in such a harassing manner that after receiving multiple telephone calls from Defendants, Plaintiff attempted to block the calls on his cellular phone.

61.     SYNCHRONY has many similar complaints from consumers across the country to those alleged by Plaintiff in this lawsuit.

62.     All conditions precedent to bringing this action have been performed or have been waived.

## COUNT I – VIOLATIONS OF THE TCPA BY ALL DEFENDANTS

63.     Mr. Galan incorporates by reference paragraphs 1 through 62 of this Complaint.

64.     DEFENDANTS willfully and knowingly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system and/or used a pre-recorded or artificial voice to Plaintiff's cellular telephone without Plaintiffs consent in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

65.     In addition to its own violations, SYNCHRONY is vicariously liable for the acts of ALLIED and NCO.

66.     WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

a)  Damages; and

b)  Such other or further relief as the Court deems equitable, just, or proper.

## COUNT II– VIOLATIONS OF THE FLORIDA
## CONSUMER COLLECTION PRACTICES ACT BY ALL DEFENDANTS

67.    Mr. Galan incorporates by reference paragraphs 1 through 62 of this Complaint.

68.    By continuing to contact Mr. Galan despite having actual knowledge that Mr. Galan did not consent to be called, by using automatic telephone dialing equipment to call Mr. Galan' cellular telephone and leaving artificial or pre-recorded voicemails in his cellular telephone's voicemail box, by calling him at least 330 times in a three-month period, and by communicating with Mr. Galan in a manner reasonably expected to harass Mr. Galan, Defendants engaged in consequence the natural consequence of which was to harass in violation of Fla. Stat.§ 559.72(7).

69.    Each call is a separate FCCPA violation and a separate count in this lawsuit.

70.    In addition to its own violations, SYNCHRONY is vicariously liable for the acts of its agents.

71.    WHEREFORE, Plaintiff request that the Court enter judgment in favor of Plaintiff and against Defendant, SYNCHRONY for:

    a)   Actual and statutory damages;

    b)   Attorney's fees, litigation expenses and costs of suit;

    c)   An injunction permanently enjoining the Defendants from engaging in the violative practices; and

    d)   Such other or further relief as the Court deems equitable, just, or proper.

## **COUNT III – VIOLATIONS OF**
## **THE FDCPA BY ALLIED AND NCO**

72.     Mr. Galan incorporates by reference paragraphs 1 through 62 of this Complaint.

73.     The acts of ALLIED and NCO constitute violations of the Fair Debt Collection Practices Act ("FDCPA").

74.     ALLIED's and NCO's violations of the FDCPA include:

a.  Engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of a debt, in violation of 15 U.S.C. § 1692d;

b.  The use of any false, deceptive, or misleading representation or means in connection with the collection of any debt, in violation of 15 U.S.C. § 1692e;

c.  Falsely representing the character, amount, or legal status of a debt, in violation of 15 U.S.C. § 1692e(2)(A);

d.  Communicating to any person credit information which is know to be false, including the failure to communicate that a disputed debt is disputed, in violation of 15 U.S.C. § 1692e(8);

e.  The use of any false representations of deceptive means to collect or attempt to collect any debt, in violation of 15 U.S.C. § 1692e(10);

f.  The failure to disclose in the initial writing or oral communication that the debt collector is attempting to collect a debt, in violation of 15 U.S.C. § 1692e(11);

g.  The use of unfair or unconscionable means to collect or attempt to collect any debt; in violation of 15 U.S.C. § 1692f; and

    h.   Attempting to collect an amount which is not owed, in violation of 15 U.S.C. § 1692f(1).

75.    WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against ALLIED and NCO:

    a)   Declaring that ALLIED and NCO violated the FDCPA;

    b)   Awarding plaintiff actual and statutory damages from ALLIED and NCO;

    c)   Awarding Plaintiff Attorney's fees, litigation expenses, and costs of suit; and

    d)   Such other and further relief as the Court deems equitable, just, or proper.

**DAVIS LAW FIRM**

_s/Todd M. Davis_
**TODD M. DAVIS, ESQ.**
FL BAR NO. 58470
Bank of America Tower
50 N. Laura Street
Suite 2500
Jacksonville, FL 32202
904-400-1429 (T)
904-638-8800 (F)
TD@DavisPLLC.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 6, 2015, I e-filed this document using the CM/ECF

system.  I further certify that any additional parties added to this lawsuit will be served with this

document via their registered agents.

*s/TODD M. DAVIS*
Todd M. Davis

**EXHIBIT "A" – CALL LOG**
**FROM SYNCHRONY TO PLAINTIFF'S CELL**

| Date | Time | Number |
|---|---|---|
| 1. **4/10/2014** | **12:14:19** | **8667711104** |
| 2. 4/12/2014 | 12:03:18 | 8667711104 |
| 3. 4/13/2014 | 11:09:14 | 8667711104 |
| 4. 4/14/2014 | 13:19:33 | 8667711104 |
| 5. 4/16/2014 | 08:19:01 | 8667711104 |
| 6. 4/16/2014 | 10:01:37 | 8667711104 |
| 7. 4/16/2014 | 13:49:56 | 8667711104 |
| 8. 4/16/2014 | 18:49:03 | 8667711104 |
| 9. 4/16/2014 | 20:27:18 | 8667711104 |
| 10. 4/18/2014 | 08:54:17 | 8667711104 |
| 11. 4/18/2014 | 11:52:05 | 8667711104 |
| 12. 4/18/2014 | 14:20:08 | 8667711104 |
| 13. 4/18/2014 | 20:31:37 | 8667711104 |
| 14. 5/13/2014 | 12:15:31 | 8667711104 |
| 15. 5/17/2014 | 08:43:37 | 8667711104 |
| 16. 5/17/2014 | 10:17:52 | 8667711104 |
| 17. 5/17/2014 | 11:52:51 | 8667711104 |
| 18. 5/17/2014 | 14:07:31 | 8667711104 |
| 19. 5/17/2014 | 16:19:49 | 8667711104 |
| 20. 5/18/2014 | 08:14:43 | 8667711104 |

| | | |
|---|---|---|
| 21. 5/18/2014 | 09:40:07 | 8667711104 |
| 22. 5/18/2014 | 13:02:10 | 8667711104 |
| 23. 5/18/2014 | 20:32:48 | 8667711104 |
| 24. 5/19/2014 | 09:00:00 | 8667711104 |
| 25. 5/19/2014 | 10:44:02 | 8667711104 |
| 26. 5/19/2014 | 13:06:35 | 8667711104 |
| 27. 5/19/2014 | 18:20:02 | 8667711104 |
| 28. 5/21/2014 | 09:32:49 | 8667711104 |
| 29. 5/21/2014 | 12:04:14 | 8667711104 |
| 30. 5/21/2014 | 15:00:45 | 8667711104 |
| 31. 5/21/2014 | 19:02:51 | 8667711104 |
| 32. 5/21/2014 | 20:43:19 | 8667711104 |
| 33. 5/23/2014 | 08:59:26 | 8667711104 |
| 34. 5/23/2014 | 11:39:19 | 8667711104 |
| 35. 5/23/2014 | 13:56:41 | 8667711104 |
| 36. 5/23/2014 | 18:04:35 | 8667711104 |
| 37. 5/23/2014 | 20:47:33 | 8667711104 |
| 38. 5/27/2014 | 09:26:53 | 8667711104 |
| 39. 5/27/2014 | 14:40:55 | 8667711104 |
| 40. 5/27/2014 | 17:57:04 | 8667711104 |
| 41. 5/29/2014 | 09:15:22 | 8667711104 |
| 42. 5/29/2014 | 14:12:17 | 8667711104 |
| 43. 5/29/2014 | 19:17:47 | 8667711104 |

| | | |
|---|---|---|
| 44. 5/31/2014 | 08:48:47 | 8667711104 |
| 45. 5/31/2014 | 11:21:39 | 8667711104 |
| 46. 5/31/2014 | 13:12:31 | 8667711104 |
| 47. 6/1/2014 | 08:15:23 | 8667711104 |
| 48. 6/1/2014 | 09:58:48 | 8667711104 |
| 49. 6/1/2014 | 13:09:26 | 8667711104 |
| 50. 6/1/2014 | 16:14:13 | 8667711104 |
| 51. 6/2/2014 | 09:14:28 | 8667711104 |
| 52. 6/2/2014 | 10:55:32 | 8667711104 |
| 53. 6/2/2014 | 14:52:27 | 8667711104 |
| 54. 6/2/2014 | 18:55:21 | 8667711104 |
| 55. 6/4/2014 | 09:09:21 | 8667711104 |
| 56. 6/4/2014 | 13:45:49 | 8667711104 |
| 57. 6/4/2014 | 16:20:55 | 8667711104 |
| 58. 6/4/2014 | 18:34:18 | 8667711104 |
| 59. 6/6/2014 | 08:46:31 | 8667711104 |
| 60. 6/6/2014 | 10:37:16 | 8667711104 |
| 61. 6/6/2014 | 16:35:46 | 8667711104 |
| 62. 6/6/2014 | 18:32:38 | 8667711104 |
| 63. 6/6/2014 | 19:59:23 | 8667711104 |
| 64. 6/7/2014 | 08:35:34 | 8667711104 |
| 65. 6/7/2014 | 10:02:05 | 8667711104 |
| 66. 6/7/2014 | 11:16:53 | 8667711104 |

| | | |
|---|---|---|
| 67. 6/7/2014 | 13:05:38 | 8667711104 |
| 68. 6/7/2014 | 14:25:21 | 8667711104 |
| 69. 6/8/2014 | 08:32:43 | 8667711104 |
| 70. 6/8/2014 | 09:49:27 | 8667711104 |
| 71. 6/8/2014 | 11:05:01 | 8667711104 |
| 72. 6/8/2014 | 14:15:40 | 8667711104 |
| 73. 6/8/2014 | 15:35:50 | 8667711104 |
| 74. 6/9/2014 | 10:46:57 | 8667711104 |
| 75. 6/9/2014 | 14:22:11 | 8667711104 |
| 76. 6/9/2014 | 17:34:29 | 8667711104 |
| 77. 6/9/2014 | 20:25:05 | 8667711104 |
| 78. 6/9/2014 | 20:25:16 | 8667711104 |
| 79. 6/9/2014 | 20:25:18 | 8667711104 |
| 80. 6/10/2014 | 11:24:31 | 8667711104 |
| 81. 6/10/2014 | 13:52:00 | 8667711104 |
| 82. 6/10/2014 | 13:52:04 | 8667711104 |
| 83. 6/10/2014 | 15:37:57 | 8667711104 |
| 84. 6/10/2014 | 16:46:47 | 8667711104 |
| 85. 6/10/2014 | 17:56:56 | 8667711104 |
| 86. 6/11/2014 | 09:43:49 | 8667711104 |
| 87. 6/11/2014 | 09:43:54 | 8667711104 |
| 88. 6/11/2014 | 12:07:22 | 8667711104 |
| 89. 6/11/2014 | 15:51:29 | 8667711104 |

| | | |
|---|---|---|
| 90. 6/11/2014 | 17:46:19 | 8667711104 |
| 91. 6/11/2014 | 20:26:10 | 8667711104 |
| 92. 6/12/2014 | 08:23:15 | 8667711104 |
| 93. 6/12/2014 | 10:01:15 | 8667711104 |
| 94. 6/12/2014 | 11:52:47 | 8667711104 |
| 95. 6/12/2014 | 11:52:53 | 8667711104 |
| 96. 6/12/2014 | 18:13:04 | 8667711104 |
| 97. 6/13/2014 | 08:53:04 | 8667711104 |
| 98. 6/13/2014 | 09:58:16 | 8667711104 |
| 99. 6/13/2014 | 14:03:39 | 8667711104 |
| 100.         6/13/2014 | 14:03:43 | 8667711104 |
| 101.         6/13/2014 | 19:13:12 | 8667711104 |
| 102.         6/14/2014 | 08:31:17 | 8667711104 |
| 103.         6/14/2014 | 09:39:13 | 8667711104 |
| 104.         6/14/2014 | 10:53:33 | 8667711104 |
| 105.         6/14/2014 | 12:01:41 | 8667711104 |
| 106.         6/14/2014 | 13:07:34 | 8667711104 |
| 107.         6/15/2014 | 08:52:21 | 8667711104 |
| 108.         6/15/2014 | 08:52:25 | 8667711104 |
| 109.         6/15/2014 | 10:25:51 | 8667711104 |
| 110.         6/15/2014 | 11:28:37 | 8667711104 |
| 111.         6/15/2014 | 13:45:34 | 8667711104 |
| 112.         6/15/2014 | 14:51:07 | 8667711104 |

| 113. | 6/16/2014 | 08:59:47 | 8667711104 |
|------|-----------|----------|------------|
| 114. | 6/16/2014 | 13:21:33 | 8667711104 |
| 115. | 6/16/2014 | 15:37:38 | 8667711104 |
| 116. | 6/16/2014 | 15:37:43 | 8667711104 |
| 117. | 6/16/2014 | 17:44:58 | 8667711104 |
| 118. | 6/16/2014 | 20:16:43 | 8667711104 |
| 119. | 6/17/2014 | 08:46:21 | 8667711104 |
| 120. | 6/17/2014 | 11:04:11 | 8667711104 |
| 121. | 6/17/2014 | 14:36:16 | 8667711104 |
| 122. | 6/17/2014 | 18:56:06 | 8667711104 |
| 123. | 6/17/2014 | 20:17:04 | 8667711104 |
| 124. | 6/17/2014 | 20:17:09 | 8667711104 |
| 125. | 6/18/2014 | 08:24:38 | 8667711104 |
| 126. | 6/18/2014 | 09:43:29 | 8667711104 |
| 127. | 6/18/2014 | 12:13:10 | 8667711104 |
| 128. | 6/18/2014 | 14:29:23 | 8667711104 |
| 129. | 6/18/2014 | 17:58:49 | 8667711104 |
| 130. | 6/19/2014 | 08:42:44 | 8667711104 |
| 131. | 6/19/2014 | 09:54:03 | 8667711104 |
| 132. | 6/20/2014 | 08:27:03 | 8667711104 |
| 133. | 6/20/2014 | 10:03:33 | 8667711104 |
| 134. | 6/20/2014 | 16:15:38 | 8667711104 |
| 135. | 6/20/2014 | 18:22:48 | 8667711104 |

| 136. | 6/21/2014 | 08:28:29 | 8667711104 |
| 137. | 6/21/2014 | 09:32:08 | 8667711104 |
| 138. | 6/21/2014 | 10:58:45 | 8667711104 |
| 139. | 6/21/2014 | 12:06:40 | 8667711104 |
| 140. | 6/21/2014 | 13:19:45 | 8667711104 |
| 141. | 6/21/2014 | 13:19:48 | 8667711104 |
| 142. | 6/22/2014 | 08:28:52 | 8667711104 |
| 143. | 6/22/2014 | 10:33:10 | 8667711104 |
| 144. | 6/22/2014 | 10:33:14 | 8667711104 |
| 145. | 6/22/2014 | 13:09:21 | 8667711104 |
| 146. | 6/22/2014 | 14:22:52 | 8667711104 |
| 147. | 6/22/2014 | 15:56:16 | 8667711104 |
| 148. | 6/22/2014 | 15:56:20 | 8667711104 |
| 149. | 6/23/2014 | 09:04:33 | 8667711104 |
| 150. | 6/23/2014 | 11:25:01 | 8667711104 |
| 151. | 6/23/2014 | 15:21:14 | 8667711104 |
| 152. | 6/23/2014 | 18:33:50 | 8667711104 |
| 153. | 6/23/2014 | 18:33:55 | 8667711104 |
| 154. | 6/24/2014 | 09:37:05 | 8667711104 |
| 155. | 6/24/2014 | 13:00:49 | 8667711104 |
| 156. | 6/24/2014 | 13:01:04 | 8667711104 |
| 157. | 6/24/2014 | 15:20:35 | 8667711104 |
| 158. | 6/24/2014 | 17:37:08 | 8667711104 |

| 159. | 6/24/2014 | 20:20:07 | 8667711104 |
|------|-----------|----------|------------|
| 160. | 6/25/2014 | 09:26:05 | 8667711104 |
| 161. | 6/25/2014 | 10:43:01 | 8667711104 |
| 162. | 6/25/2014 | 12:19:39 | 8667711104 |
| 163. | 6/25/2014 | 18:12:16 | 8667711104 |
| 164. | 6/25/2014 | 19:27:07 | 8667711104 |
| 165. | 6/26/2014 | 11:19:09 | 8667711104 |
| 166. | 6/26/2014 | 14:44:10 | 8667711104 |
| 167. | 6/26/2014 | 15:53:52 | 8667711104 |
| 168. | 6/26/2014 | 18:34:49 | 8667711104 |
| 169. | 6/26/2014 | 20:07:57 | 8667711104 |
| 170. | 6/27/2014 | 08:44:21 | 8667711104 |
| 171. | 6/27/2014 | 09:55:34 | 8667711104 |
| 172. | 6/27/2014 | 11:45:00 | 8667711104 |
| 173. | 6/27/2014 | 16:36:37 | 8667711104 |
| 174. | 6/27/2014 | 18:52:37 | 8667711104 |
| 175. | 6/28/2014 | 08:38:46 | 8667711104 |
| 176. | 6/28/2014 | 09:52:38 | 8667711104 |
| 177. | 6/28/2014 | 09:52:42 | 8667711104 |
| 178. | 6/28/2014 | 11:06:15 | 8667711104 |
| 179. | 6/28/2014 | 12:12:03 | 8667711104 |
| 180. | 6/28/2014 | 13:59:24 | 8667711104 |
| 181. | 6/29/2014 | 08:31:26 | 8667711104 |

| 182. | 6/29/2014 | 11:00:47 | 8667711104 |
| 183. | 6/29/2014 | 12:12:56 | 8667711104 |
| 184. | 6/29/2014 | 14:05:34 | 8667711104 |
| 185. | 6/29/2014 | 14:05:47 | 8667711104 |
| 186. | 6/29/2014 | 15:32:59 | 8667711104 |
| 187. | 6/30/2014 | 09:00:30 | 8667711104 |
| 188. | 6/30/2014 | 14:15:05 | 8667711104 |
| 189. | 6/30/2014 | 16:07:36 | 8667711104 |
| 190. | 6/30/2014 | 16:07:58 | 8667711104 |
| 191. | 6/30/2014 | 17:22:32 | 8667711104 |
| 192. | 7/1/2014 | 08:51:15 | 8667711104 |
| 193. | 7/1/2014 | 10:20:19 | 8667711104 |
| 194. | 7/1/2014 | 12:59:24 | 8667711104 |
| 195. | 7/1/2014 | 12:59:27 | 8667711104 |
| 196. | 7/1/2014 | 16:40:56 | 8667711104 |
| 197. | 7/2/2014 | 10:37:07 | 8667711104 |
| 198. | 7/2/2014 | 13:11:53 | 8667711104 |
| 199. | 7/2/2014 | 14:51:28 | 8667711104 |
| 200. | 7/2/2014 | 14:51:33 | 8667711104 |
| 201. | 7/2/2014 | 17:05:12 | 8667711104 |
| 202. | 7/2/2014 | 20:22:48 | 8667711104 |
| 203. | 7/2/2014 | 20:22:52 | 8667711104 |
| 204. | 7/3/2014 | 11:04:07 | 8667711104 |

| | | | |
|---|---|---|---|
| 205. | 7/3/2014 | 15:13:09 | 8667711104 |
| 206. | 7/3/2014 | 16:17:27 | 8667711104 |
| 207. | 7/3/2014 | 16:17:34 | 8667711104 |
| 208. | 7/3/2014 | 17:21:01 | 8667711104 |
| 209. | 7/4/2014 | 10:57:40 | 8667711104 |
| 210. | 7/4/2014 | 14:15:02 | 8667711104 |
| 211. | 7/4/2014 | 15:47:38 | 8667711104 |
| 212. | 7/4/2014 | 15:47:43 | 8667711104 |
| 213. | 7/4/2014 | 19:50:27 | 8667711104 |
| 214. | 7/4/2014 | 19:50:33 | 8667711104 |
| **215.** | **4/4/2014** | **13:02:27** | **8668996190** |
| 216. | 4/9/2014 | 08:15:32 | 8668996190 |
| 217. | 4/9/2014 | 11:10:51 | 8668996190 |
| 218. | 4/9/2014 | 11:11:18 | 8668996190 |
| 219. | 4/9/2014 | 18:19:33 | 8668996190 |
| 220. | 4/9/2014 | 20:39:26 | 8668996190 |
| 221. | 4/9/2014 | 20:39:45 | 8668996190 |
| 222. | 4/11/2014 | 08:20:13 | 8668996190 |
| 223. | 4/11/2014 | 10:28:31 | 8668996190 |
| 224. | 4/11/2014 | 10:28:46 | 8668996190 |
| 225. | 4/11/2014 | 18:18:53 | 8668996190 |
| 226. | 4/11/2014 | 20:42:54 | 8668996190 |
| 227. | 4/15/2014 | 08:21:44 | 8668996190 |

| 228. | 4/15/2014 | 10:28:58 | 8668996190 |
|------|-----------|----------|------------|
| 229. | 4/15/2014 | 18:08:10 | 8668996190 |
| 230. | 4/17/2014 | 08:22:46 | 8668996190 |
| 231. | 4/17/2014 | 15:55:39 | 8668996190 |
| 232. | 4/17/2014 | 18:21:51 | 8668996190 |
| 233. | 4/17/2014 | 20:55:07 | 8668996190 |
| 234. | 4/17/2014 | 20:55:22 | 8668996190 |
| 235. | 4/19/2014 | 08:10:06 | 8668996190 |
| 236. | 4/19/2014 | 10:18:23 | 8668996190 |
| 237. | 4/19/2014 | 11:39:16 | 8668996190 |
| 238. | 4/19/2014 | 11:39:37 | 8668996190 |
| 239. | 4/19/2014 | 13:14:49 | 8668996190 |
| 240. | 4/19/2014 | 19:48:47 | 8668996190 |
| 241. | 4/19/2014 | 19:48:58 | 8668996190 |
| 242. | 4/21/2014 | 08:17:24 | 8668996190 |
| 243. | 4/21/2014 | 11:21:48 | 8668996190 |
| 244. | 4/21/2014 | 17:24:46 | 8668996190 |
| 245. | 4/21/2014 | 18:41:55 | 8668996190 |
| 246. | 4/23/2014 | 08:14:04 | 8668996190 |
| 247. | 4/23/2014 | 11:07:56 | 8668996190 |
| 248. | 4/23/2014 | 18:06:05 | 8668996190 |
| 249. | 4/23/2014 | 19:07:30 | 8668996190 |
| 250. | 4/25/2014 | 08:26:21 | 8668996190 |

| 251. | 4/25/2014 | 11:43:10 | 8668996190 |
|------|-----------|----------|------------|
| 252. | 4/25/2014 | 11:43:36 | 8668996190 |
| 253. | 4/25/2014 | 17:26:58 | 8668996190 |
| **254.** | **4/28/2014** | **08:47:08** | **6785183097** |
| 255. | 4/28/2014 | 10:17:58 | 6785183097 |
| 256. | 4/28/2014 | 11:33:01 | 6785183097 |
| 257. | 4/28/2014 | 18:26:44 | 6785183097 |
| 258. | 4/29/2014 | 08:46:06 | 6785183097 |
| 259. | 4/29/2014 | 11:39:50 | 6785183097 |
| 260. | 4/29/2014 | 18:08:40 | 6785183097 |
| 261. | 4/29/2014 | 20:13:07 | 6785183097 |
| 262. | 4/29/2014 | 20:13:20 | 6785183097 |
| 263. | 4/30/2014 | 09:47:27 | 6785183097 |
| 264. | 4/30/2014 | 18:13:50 | 6785183097 |
| 265. | 4/30/2014 | 18:14:17 | 6785183097 |
| 266. | 4/30/2014 | 19:28:40 | 6785183097 |
| 267. | 5/1/2014 | 08:41:09 | 6785183097 |
| 268. | 5/1/2014 | 17:14:44 | 6785183097 |
| 269. | 5/1/2014 | 18:37:45 | 6785183097 |
| 270. | 5/1/2014 | 20:35:19 | 6785183097 |
| 271. | 5/2/2014 | 08:42:06 | 6785183097 |
| 272. | 5/2/2014 | 10:28:49 | 6785183097 |
| 273. | 5/2/2014 | 10:29:17 | 6785183097 |

| 274. | 5/2/2014 | 18:28:49 | 6785183097 |
| 275. | 5/2/2014 | 20:10:28 | 6785183097 |
| 276. | 5/2/2014 | 20:10:36 | 6785183097 |
| 277. | 5/3/2014 | 08:38:18 | 6785183097 |
| 278. | 5/3/2014 | 10:55:59 | 6785183097 |
| 279. | 5/3/2014 | 10:56:28 | 6785183097 |
| 280. | 5/3/2014 | 13:55:35 | 6785183097 |
| 281. | 5/3/2014 | 15:08:52 | 6785183097 |
| 282. | 5/3/2014 | 19:37:13 | 6785183097 |
| 283. | 5/3/2014 | 19:37:41 | 6785183097 |
| 284. | 5/4/2014 | 08:37:28 | 6785183097 |
| 285. | 5/4/2014 | 10:57:24 | 6785183097 |
| 286. | 5/4/2014 | 12:08:07 | 6785183097 |
| 287. | 5/4/2014 | 13:43:46 | 6785183097 |
| 288. | 5/4/2014 | 19:38:46 | 6785183097 |
| 289. | 5/5/2014 | 08:47:37 | 6785183097 |
| 290. | 5/5/2014 | 11:59:55 | 6785183097 |
| 291. | 5/5/2014 | 18:51:09 | 6785183097 |
| 292. | 5/6/2014 | 08:40:02 | 6785183097 |
| 293. | 5/6/2014 | 11:33:20 | 6785183097 |
| 294. | 5/6/2014 | 17:27:28 | 6785183097 |
| 295. | 5/6/2014 | 20:29:09 | 6785183097 |
| 296. | 5/7/2014 | 08:32:31 | 6785183097 |

| 297. | 5/7/2014 | 17:25:26 | 6785183097 |
|---|---|---|---|
| 298. | 5/7/2014 | 18:25:51 | 6785183097 |
| 299. | 5/8/2014 | 08:45:55 | 6785183097 |
| 300. | 5/8/2014 | 10:13:56 | 6785183097 |
| 301. | 5/8/2014 | 17:21:28 | 6785183097 |
| 302. | 5/9/2014 | 08:31:04 | 6785183097 |
| 303. | 5/9/2014 | 18:43:41 | 6785183097 |
| 304. | 5/9/2014 | 20:07:39 | 6785183097 |
| 305. | 5/9/2014 | 20:41:47 | 6785183097 |
| 306. | 5/10/2014 | 08:27:27 | 6785183097 |
| 307. | 5/10/2014 | 10:38:24 | 6785183097 |
| 308. | 5/10/2014 | 12:00:17 | 6785183097 |
| 309. | 5/10/2014 | 13:49:06 | 6785183097 |
| 310. | 5/10/2014 | 19:40:30 | 6785183097 |
| 311. | 5/11/2014 | 08:30:54 | 6785183097 |
| 312. | 5/11/2014 | 11:09:06 | 6785183097 |
| 313. | 5/11/2014 | 13:03:33 | 6785183097 |
| 314. | 5/11/2014 | 14:42:16 | 6785183097 |
| 315. | 5/11/2014 | 19:40:21 | 6785183097 |
| 316. | 5/12/2014 | 08:41:45 | 6785183097 |
| 317. | 5/12/2014 | 10:54:31 | 6785183097 |
| 318. | 5/12/2014 | 18:12:27 | 6785183097 |
| 319. | 5/12/2014 | 19:49:09 | 6785183097 |

| 320. | 5/13/2014 | 08:41:21 | 6785183097 |
|------|-----------|----------|------------|
| 321. | 5/13/2014 | 09:45:39 | 6785183097 |
| 322. | 5/13/2014 | 10:55:10 | 6785183097 |
| 323. | 5/13/2014 | 17:37:52 | 6785183097 |

## EXHIBIT "B" – CALL LOG
## FROM ALLLIED TO PLAINTIFF'S CELL

| | **Date** | **Time** | **Number** |
|---|---|---|---|
| **324.** | **2/20/2014** | **16:45:28** | **8665493728** |
| 325. | 2/20/2014 | 16:48:15 | 8665493728 |
| **326.** | **6/1/2014** | **08:11:14** | **8665511866** |
| 327. | 6/1/2014 | 09:40:44 | 8665511866 |
| **328.** | **5/30/2014** | **08:18:29** | **8773392342** |
| 329. | 5/31/2014 | 09:36:17 | 8773392342 |
| 330. | 5/31/2014 | 12:10:26 | 8773392342 |
| 331. | 5/31/2014 | 15:52:38 | 8773392342 |
| 332. | 5/31/2014 | 15:53:09 | 8773392342 |
| 333. | 6/3/2014 | 08:55:34 | 8773392342 |
| 334. | 6/3/2014 | 12:01:46 | 8773392342 |
| 335. | 6/3/2014 | 16:41:33 | 8773392342 |

## EXHIBIT "C" – CALL LOG
## FROM NCO TO PLAINTIFF'S CELL

| 336. | 7/6/2014 | 17:36:49 | 9722178339 |
|------|----------|----------|------------|
| 337. | 7/7/2014 | 14:15:11 | 4108815532 |
| 338. | 7/9/2014 | 13:36:55 | 6128440919 |