AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CHARLES GALAN <br><br> *Plaintiff(s)* <br> v. <br><br> SYNCHRONY BANK <br> formerly GE Capital Retail Bank, <br> ALLIED INTERSTATE LLC, <br> NCO FINANCIAL SYSTEMS, INC. <br> *Defendant(s)* | Civil Action No.  1:14-cv-23440-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> ALLIED INTERSTATE LLC
> Registered Agent: CT Corporation System
> 1200 South Pine Island Road
> Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> TODD M. DAVIS, ESQ.
> Davis Law Firm
> 50 N. Laura Street
> Suite 2500
> Jacksonville, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: 03/11/2015

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CHARLES GALAN <br><br> *Plaintiff(s)* <br> v. <br><br> SYNCHRONY BANK <br> formerly GE Capital Retail Bank, <br> ALLIED INTERSTATE LLC, <br> NCO FINANCIAL SYSTEMS, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-23440-KMW |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> NCO FINANCIAL SYSTEMS, INC.
> Registered Agent: CT Corporation System
> 1200 South Pine Island Road
> Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> TODD M. DAVIS, ESQ.
> Davis Law Firm
> 50 N. Laura Street
> Suite 2500
> Jacksonville, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 03/11/2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts